Michael A. Duran #93987-051
Name and Prisoner/Booking Number

USP Tucson
Place of Confinement

PO Box 24550
Mailing Address

Tucson AZ 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED ___
RECEIVED ___ COPY ___
DEC 22 2022
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Michael A. Duran,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Federal Bureau of Prisons,
(Full Name of Defendant)
(2) Officer Hernandez,
(3) Officer Valtierra,
(4) Officer Baeza,

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-22-569-TUC-RM(PSOT)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☑ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☑ Other: 28 U.S.C. 1332

2. Institution/city where violation occurred: USP Tucson

Revised 12/1/20                              1                                **550/555**

Page 1-A

(5) A. Pierce
(6) M. Gutierrez

## B. DEFENDANTS

1. Name of first Defendant: Federal Bureau of Prisons. The first Defendant is employed as: Federal Agency (Position and Title) at USP Tucson (Institution).

2. Name of second Defendant: Hernandez. The second Defendant is employed as: Correctional Officer (Position and Title) at USP Tucson (Institution).

3. Name of third Defendant: Valtierra. The third Defendant is employed as: Correctional Officer (Position and Title) at USP Tucson (Institution).

4. Name of fourth Defendant: Baeza. The fourth Defendant is employed as: Correctional Officer (Position and Title) at USP Tucson (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed?  1 . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Duran  v. Gutierrez
      2. Court and case number: 22-CV-00538-RM
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed and Pending Appeal

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Violation of the Eighth Amendment.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On July 12, 2022 while plaintiff was confined to the Special Housing Unit ("SHU") at USP Tucson defendants Hernandez, Baeza and Valtierra removed the plaintiff from his cell to escort him to a "Hard Cell". A "Hard Cell" is a cell without a shower, and with a concrete slab and rings thereupon used to affix 4-point restraints, which is used to punish inmates. On the way down the stairs these 3 defendants alternated with threats of sexual and physical violence to intimidate plaintiff. Once inside the cell the 3 officers pulled plaintiffs arm through the opening in the cell door and began slamming plaintiffs hand repeatedly while their supervisor defendant A. Pierce watched but took no action to stop them. Plaintiffs hand was swollen, discolored and possibly fractured as a result of the defendants actions. Plaintiff complained repeatedly to defendant Gutierrez seeking an investigation into, and discipline of, defendants Pierce, Baeza, Valtierra, and Hernandez but he refused to assist with this and acted in violation of BOP policy in failing to report it to Internal Affairs.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Severe pain and suffering, mental and emotional trauma, possible fractures to hand bones, bruises, laceration, violation of statutory and constitutional rights.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I filed a Sensitive BP-9 and SF-95 claim and staff began to retaliate against me.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>Violation of 8th Amendment</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   After the incident described in Count I herein, I requested every day for the subsequent 30 days in the morning and evening pill lines of medical staff, for examination of my hand by a physician or other medical staff, for x-rays of my hand, and for pain medication. USP Tucson is a Healthcare Provider Shortage Area according to the Health Resources and Services Administration, the prison lacks an x-ray machine operator and has multiple staffing positions unfilled ranging from doctors, nurses, physician assistants, etc. and this was cited as the reason noone ever came to examine, x-ray, evaluate, treat plaintiffs injuries. Plaintiff begged defendants Hernandez, Baeza, Valtierra and Pierce for medical aid on July 12, 2022 and they laughed at him, mocked him, and ultimately refused to summon medical personnel for plaintiff who never received medical care. When Gutierrez was informed of the incident during his weekly SHU rounds by plaintiff he did nothing to secure medical care for the plaintiff as well. Gutierrez did not hire or fill the vacancies in the medical department either leaving SHU with no triage or medical treatment 80% of the time.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Same as Count I

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II? ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes   ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Same as Count I, and BP-8 filed but never responded to.

4

# COUNT III

1. State the constitutional or other federal civil right that was violated: <u>Violation of 1st Amendment</u>.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Same as Counts I and II. USP Tucson has a lengthy history of lawsuits alleging a culture and practice of retaliation, and the BOP itself has been the subject of retaliation accusation by staff, inmates, Congressional Committees, and such accusations have featured in national and international news media reports. Despite the aforegoing the BOP by and through Gutierrez and other BOP staff at USP Tucson continued the practice when plaintiff was threatened with transfer to a Special Management Unit and a long-term placement in SHU if he filed administrative remedies in connection with the facts described in Counts I and II. Following the filing of an SF-95 Federal Tort Claim and BP-8 and 9, BOP's DSCC denied a request for transfer and plaintiff's unit team arrived to his cell to inform him he would be referred to the SMU program and kept in SHU as a result of his claims. Plaintiff reported to the BOP regional director the targeting and retaliation against him, and inmates Joseph Berzat, Jeremy Pinson, Jose Armendariz, David Holland and others but BOP took no steps to investigate or stop the culture and practice of retaliation.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Same as Count I

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☐ Yes   ☑ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Because I was already a victim of retaliation and threats and was fearful of filing more.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

### E. REQUEST FOR RELIEF

State the relief you are seeking:

1. Compensatory and punitive damages, in an amount to be proven at trial against defendants Gutierrez, Baeza, Valtierra, Hernandez and Pierce.

2. An injunction compelling the BOP to cease the pattern and practice of retaliation that exists and harms inmates at USP Tucson and systemwide, particularly by keeping in SHU and using transfers as a weapon against inmates filing admin. remedies, tort claims, lawsuits, and speaking or writing the news media.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-19-22
           DATE

SIGNATURE OF PLAINTIFF
Michael Duran

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

B. Defendants (Continued):

5. Defendant A. Pierce is employed as Lieutenant at USP Tucson.

6. Defendant M. Gutierrez is employed as Complex Warden at USP Tucson.